# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **JOHNNY RAY TAYLOR, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:21-cv-01167-RDP-JHE |
| ) | |
| **WILLIAM ERNEST** ) | |
| **HOLLINGSWORTH, III, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

Plaintiff Johnny Ray Taylor, Jr. filed a *pro se* complaint under 42 U.S.C. § 1983 alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1). On April 11, 2022, the Magistrate Judge entered a Report and Recommendation recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b)(1)-(2) for failing to state a claim upon which relief can be granted and seeking monetary relief from a defendant who is immune from such relief. (Doc. 13). The Magistrate Judge further recommended that Taylor's motion for default judgment (Doc. 12) be denied. (*Id*.). Although the Magistrate Judge advised Taylor of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1)-(2), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted and seeking monetary relief from a defendant who is immune from such relief. Additionally, Taylor's motion for default judgment (doc. 12) is due to be denied.

A Final Judgment will be entered.

**DONE** and **ORDERED** this May 9, 2022.

                                                        _____
                                                       **R. DAVID PROCTOR**
                                                       UNITED STATES DISTRICT JUDGE